## MARTIN, *Mayor, et al.* v. GLASS.

No. 2896.   Opinion Filed July 22, 1913.

(134 Pac. 51.)

**APPEAL AND ERROR**—Dismissal—Want of Prosecution. Where plaintiff in error files no brief, as required by rule 7 of this court (20 Okla. viii, 95 Pac. vi), the appeal will be dismissed for want of prosecution.

(Syllabus by Rosser, C.)

*Error from Superior Court, Tulsa County;*
*M. A. Breckenridge, Judge.*

Action by Merritt J. Glass against L. J. Martin, Mayor, and another. Judgment for plaintiff, and defendants bring error. Dismissed.

*Carl C. Magee,* for plaintiffs in error.

Opinion by ROSSER, C. The transcript in this case was filed July 31, 1911. The plaintiffs in error have filed no brief. The petition in error should therefore be dismissed for want of prosecution. *Hass v. McCampbell,* 27 Okla. 290, 111 Pac. 543; *Farmers' & Bankers' Warehouse Association v. Burt,* 30 Okla. 326, 120 Pac. 296, and cases there cited.

By the Court: It is so ordered.